Exhibit A

FILED: NEW YORK COUNTY CLERK 03/17/2021 10:01 AM
NYSCEF DOC. NO. 1

INDEX NO. 651770/2021
RECEIVED NYSCEF: 03/17/2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

LAWNEWZ, INC., d/b/a Law&Crime Network,
a Delaware corporation

Index No.:

Plaintiff,

**SUMMONS**

v.

COURT TV MEDIA, LLC, a Georgia limited
Liability company

The basis of venue is Defendant's
place of business

Defendant

YOU ARE HERBY SUMMONED to answer the Complaint in this action and to serve a copy of your Answer, or if the Complaint is not served with this Summons to serve a Notice of Appearance, on the Plaintiff's attorney within twenty (20) days after the service of this Summons, exclusive of the day of service (or withing thirty (30) days after the service is complete, if this Summons is not personally delivered to you withing the State of New York), and in case of your failure to appear, or answer, Judgment will be taken against you by default for the relief demanded in the Complaint.

Trial of this action is to be held in the County of New York, New York. The basis of the venue in this Court is proper because a substantial part of the events giving rise to the claims made herein occurred in and about the City of New York and the above-named Defendant operates a place of business in and about the City of New York.

Dated:  New York, New York
March 16, 2021

*Andrew Eisbrouch*

Andrew Eisbrouch, Esq.
1261 Broadway, Suite 606,
New York, NY 10001
(646) 512-9555
andrewe@abrams-media.com

*Attorney for Plaintiff LawNewz, Inc.*

1

YSCEF DOC. NO. 1                                                RECEIVED NYSCEF: 03/17/202

Defendant Address:
Court TV Media, LLC
3350 Riverwood Parkway,
Suite 1900
Atlanta, GA, 30339, USA

2

YSCEF DOC. NO. 1

RECEIVED NYSCEF: 03/17/202

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

LAWNEWZ, INC., d/b/a Law&Crime Network,
a Delaware corporation

                             Plaintiff,

v.

COURT TV MEDIA, LLC, a Georgia limited
Liability company

                             Defendant

Index No.:

**VERIFIED COMPLAINT FOR FALSE ADVERTISING UNDER LANHAM ACT 43(A) AND NEW YORK UNFAIR TRADE PRACTICES GENERAL BUSINESS LAW**

**DEMAND FOR INJUNCTIVE RELIEF**

---

Plaintiff, LawNewz, Inc. ("Law&Crime Network", "Law&Crime" or "Plaintiff"), by and through its undersigned attorney, file this Complaint against Court TV Media, LLC ("Court TV" or "Defendant") and alleges as follows:

## INTRODUCTION

1.     This action seeks redress for Court TV's continuing, deliberate, unlawful false and misleading representations regarding its network in the market.

2.     Despite being warned, acknowledging its misleading and inaccurate statements, and offering assurances that they would cease to do so moving forward, Court TV has continued to falsely and knowingly characterize itself as "the only multi-platform network devoted to live, gavel-to-gavel coverage, in-depth legal reporting and expert analysis of the

3

nation's most important and compelling trials". It has also claimed that it is the "only network in the world" to cover certain proceedings live and in their entirety. These statements are blatantly false and a disservice to viewers genuinely seeking out coverage of live trials across the country.

3.      Plaintiff Law&Crime Network alleges false advertising under the Lanham Act § 43(a) and New York Unfair Trade Practices Act General Business Law § 350.

## PARTIES

4.      Plaintiff Law&Crime Network is a Delaware corporation with its principal place of business in New York, New York.

5.      On information and belief, Defendant Court TV Media, LLC is a Georgia limited liability company with business in Atlanta, Georgia as well as New York, New York, having studios established in New York City (See release attached as Exhibit A).

6.      Plaintiff is informed and believes, and thereon alleges, that Court TV was responsible for the acts alleged herein and the harm, losses and damages suffered by Plaintiff as alleged hereinafter.

## STATEMENT OF FACTS

7.      Law&Crime Network is a television network founded in 2017 and offers daily live coverage of high-profile trials with expert legal commentary and analysis. It is available on basic cable packages throughout the US as well as most of the major over-the-top ("OTT") services.

8.      Following Law&Crime Network's success, Court TV was re-launched in 2019 after an over ten year hiatus, by E.W. Scripps company and Katz Networks. It also offers trial coverage with legal commentary and analysis.

YSCEF DOC. NO. 1                                    RECEIVED NYSCEF: 03/17/202

9.     Court TV has been motivated to mislead the marketplace and seeks to avoid recognition of competition given Law&Crime's success and growth, including launches on many major cable and OTT platforms that have chosen Law&Crime over Court TV. Its history of repeated misrepresentations is especially pernicious given the public interest in these trials which deprives viewers of fair and equitable access.

10.    To the best of Plaintiff's knowledge, such transgressions have occurred since Summer 2020 but are in no way limited to that timeframe.

11.    On or about, August 11th, 2020, in a press release titled "Court TV to Premiere New Original True-Crime Series Judgment with Ashleigh Banfield in September", Court TV stated that "Court TV, **the only multi-platform network devoted to live, gavel-to-gavel coverage, in-depth legal reporting and expert analysis of the nation's most important and compelling trials,** announced today a new original true-crime series hosted by Ashleigh Banfield…" (See Exhibit B). This release was distributed nationally on paid service, PR Newswire, and picked up by a number of outlets including Nasdaq.com, Yahoo, and wfmz.com.

12.    On or about the same day, August 11th, 2020, Court TV issued another two press releases making the same misrepresentations each titled respectively "Michael Ayala Joins Court TV Anchor Team" and "Marathon of Complete OJ 25 Docuseries Set for Oct 3-4 to correspond with 25th Anniversary of OJ Simpson Murder Trial". Both described Court TV again as "the only multi-platform network devoted to live, gavel-to-gavel coverage, in-depth legal reporting and expert analysis of the nation's most important and compelling trials" (See Exhibit C).

13.    The pattern continued on or about November 5th, 2020 where in a press release

YSCEF DOC. NO. 1

RECEIVED NYSCEF: 03/17/202

titled "Court TV to World Premiere New Original Special 'Hollywood Predator: The Trial of Harvey Weinstein' Sunday, November 8th at 7:00 P.M. (ET)" Court TV used the same self-aggrandizing language (See Exhibit D).

14.     Court TV's misrepresentations finally hit a tipping point in March, 2021, when it attempted to exploit the death of George Floyd with false statements about its coverage of the Derek Chauvin trial.

15.     On March 8th, 2021, jury selection began for former Minneapolis police officer, Derek Chauvin, on trial for second degree murder, third degree murder and second degree manslaughter in connection with the death of George Floyd. Mr. Floyd's death in 2020 led to protests throughout the country and a demand for a racial reckoning in policing and beyond. The trial will be one of the most closely watched in recent memory and will be covered from beginning to end with expert analysis on Law&Crime Network, Court TV and likely on select local channels around the country.

16.     Both Law&Crime Network and Court TV have been covering the Chauvin case with full coverage starting with jury selection on March 8, 2021.

17.     Law&Crime Network sent reporters to Minneapolis where the trial is being held, and viewers of Law&Crime Network have access to the full livestream of the court proceedings along with in-studio analysis and commentary.

18.  ·  Prior to the start of the Chauvin Trial on March 2, 2021 and in a likely effort to combat Law&Crime Network's success, Court TV distributed an announcement entitled "How to Watch: Court TV's Live Coverage of MN v. Derek Chauvin," which as before, falsely claimed it was "the only multi-platform network devoted to live, gavel-to-gavel coverage, in-depth legal reporting and expert analysis of the nation's most important and compelling trials."

6

YSCEF DOC. NO. 1                                                    RECEIVED NYSCEF: 03/17/202

19.     This announcement was picked up by many publications including the Associated Press and Yahoo (See attached Exhibit E, Exhibit F).

20.     As a result of the announcement, certain Law&Crime Network distribution partners contacted Law&Crime asking if it was still planning to cover the live proceedings of the Chauvin Trial and Law&Crime was forced to explain that, of course, Court TV was not the only outlet covering the trial live.

21.     Given the confusion from Law&Crime's partners and the media, as well as Court TV's history of misrepresentations, on March 3rd, 2021, Law&Crime Network emailed Court TV's General Counsel, James Kimmell, a cease and desist letter warning of its false advertising. Law&Crime requested that Court TV modify any press or marketing material so that it was clear that Court TV was not the only network covering the trial.

22.     Even though Court TV was well aware that Law&Crime Network was going to be covering the trial, Kimmell responded by saying that "Thank you for letting us know that Law&Crime will be covering the Chauvin trial." Both networks had been coordinating with each other for weeks about the camera setup inside the courtroom.

23.     Additionally, Kimmel addressed Law&Crime Network's concerns and stated that "Court TV has modified its promotional materials accordingly."

24.     With that assurance, Law&Crime Network presumed that Court TV would, in good faith, comply with the request and that the matter had been settled quietly and amicably. But on March 9th, 2021 after the start of jury selection, Court TV, which is presumably a news network, issued a new press release titled "Court TV's Coverage of the Death of George Floyd Murder Trial Begins" where it made the same or similar misleading and false statements. (See release attached as Exhibit G).

YSCEF DOC. NO. 1                                    RECEIVED NYSCEF: 03/17/202

25.     The release, which was distributed nationally on the paid PR Newswire, repeated the false claim that "Court TV was the only multi-platform network devoted to live, gavel-to-gavel coverage, in-depth legal reporting and expert analysis of the nation's most important and compelling trials."

26.     The release went on further to claim that "Court TV will be the only network in the world to cover the proceedings live and in their entirety."

27.     A number of publications picked up Court TV's March 9th press release including the Associated Press and Yahoo (See Exhibit E and Exhibit F).

28.     Both statements from the release perpetuate the falsehood that Court TV is the only venue where viewers can access full trial coverage and more specifically of the Chauvin Trial. Court TV is *not* the only multi-platform network devoted to live, gavel-to-gavel coverage, in-depth legal reporting and expert analysis and is *not* the only network in the world to cover the Chauvin Trial live and in its entirety.

29.     In fact, Court TV's coverage of the Chauvin Trial is not even entirely live. During commercial breaks, Court TV places the trial feed on a delay and then airs the recorded events once they return from the commercials.

30.     What makes Court TV's statement even more egregious is that Court TV was permitted by the Chauvin court to serve as "the pool feed" for the trial, which means that they will be responsible for distributing the live courtroom feed, in real time and simultaneously, to all television networks and media who come to court and request access. Law&Crime has served that ministerial but important role in many other cases.

31.     In the political context, the major news networks often take turns serving as the pool camera for various events. Serving as "the pool" does not afford a network any more, or

earlier, access to the feed or footage, and is usually a somewhat random designation simply done to ensure an orderly process for the court and media alike.

32.     Rather than serving the public interest as is expected when serving as the pool camera, Court TV has been exploiting its duty by sending out paid press releases to falsely promote itself and its coverage as the sole outlet for the Chauvin Trial to the detriment of the public and Law&Crime Network.

33.     Because of the perpetuation of such misleading statements, viewers of the Chauvin Trial and other trials are likely to be misled and deceived by Court TV's false marketing efforts. For trials where access to the public is paramount, Court TV's statements are not just harmful to Law&Crime but are also dangerous, since many who don't or can't access Court TV will presume that they cannot access trials anywhere else in their entirety. Law&Crime Network can no longer sit back and watch this ongoing and intentional dissemination of inaccurate and misleading information.

34.     The natural, probable and foreseeable result of Court TV's wrongful conduct has been to cause confusion, deception and mistake in the news market as a whole, to deprive Plaintiff of business and goodwill, and to injure Plaintiff's relationships with existing and prospective customers. Plaintiff has sustained and will sustain damages as a result of Court TV's wrongful conduct.

## STATEMENT OF CLAIMS

### COUNT I

(False Advertising Under Lanham Act § 43(a), 15 U.S.C. 1125(a)

35.     Law&Crime Network incorporates by reference Paragraphs 1 through 34 above as though fully set forth herein.

9

36.     Upon information and belief, Court TV has made and distributed, in interstate commerce and in this District, advertisements that contain false or misleading statements of fact regarding its products. These advertisements contain actual misstatements and/or misleading statements and failures to disclose, including the statements that Court TV is the only multi-platform network with gavel to gavel trial coverage and analysis and will be the only network in the world to cover the Chauvin Trial live and in its entirety.

37.     Upon information and belief, these false statements actually deceive, or have a tendency to deceive, a substantial segment of Law&Crime Network's customers and potential customers and are a disservice to the public. This deception is material in that it is likely to influence the purchasing decisions of Law&Crime Network's customers.

38.     Court TV's false and misleading advertising statements and omissions injure both consumers and Law&Crime Network.

39.     Court TV's false and misleading advertising statements and omissions violate the Lanham Act § 43(a), 15 U.S.C. § 1125(a).

40.     In addition to the damage to the general public, Court TV has caused, and will continue to cause, immediate and irreparable injury to Law&Crime Network, including injury to its business, reputation, and goodwill, for which there is no adequate remedy at law. As such, Law&Crime Network is entitled to an injunction under 15 U.S.C. §1116 restraining Defendant, its agents, employees, representatives and all persons acting in concert with them from engaging in further acts of false advertising and ordering removal of all Court TV's false advertisements.

## COUNT II

(New York Unfair Trade Practices Act General Business Law § 350 False Advertising)

41.     Law&Crime Network incorporates by reference Paragraphs 1 through 40 above as though fully set forth herein.

42.     The New York Unfair Trade Practices Act (hereinafter "NYUTPA") prohibits certain actions that are deemed unfair or deceptive.

43.     False advertising in the conduct of any business, trade or commerce or in the furnishing of any service in the state of New York is unlawful.

44.     Upon information and belief, Court TV's false advertising that it is the only multi-platform network with gavel to gavel trial coverage and analysis and will be the only network in the world to cover the Chauvin Trial live and in its entirety resulted in injury to Law&Crime Network and the consuming public.

45.     Due to Court TV's false advertising and violation of NYUTPA, Law&Crime Network is entitled to injunctive relief

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

46.     For temporary, preliminary and permanent injunctive relief prohibiting Court TV, its agents, or anyone working for, in concert with or on behalf of Court TV from engaging in false or misleading advertising with respect to its network or its coverage of the Chauvin trial and/or violating Lanham Act § 43(a), which relief includes but is not limited to removal of all false or misleading advertisements and corrective advertising to remedy the effects of Court TV's false advertising.

47.     For an order requiring Court TV to correct the erroneous statement that Court TV is "the only multi-platform network devoted to live, gavel-to-gavel coverage, in-depth legal reporting and expert analysis of the nation's most important and compelling trial" and the "only network in the world to cover the Derek Chauvin trial live and in their entirety" including without limitation, the placement of corrective advertising and providing written notice to the public.

48.     That Court TV be adjudged to have violated 15 U.S.C. § 1125(a) by unfairly competing against Plaintiff by using false, deceptive or misleading statements of fact that misrepresent the nature, quality and characteristics of its statement that Court TV is the only network in the world to cover the Chauvin Trial live.

49.     That all of Court TV's misleading and deceptive materials and products be destroyed as allowed under 15 U.S.C. §1118.

50.     That Court TV be adjudged to have unfairly competed against Law&Crime Network by engaging in false or misleading advertising under the laws of the State of New York.

51.     Ensuring a fair trial for Derek Chauvin, sympathy for the heartbroken family of George Floyd, and an opportunity for the public to have accurate information about this critically important event ought to be the primary focus. Consequently, despite the fact that financial damages to plaintiff have been real, quantifiable, and are clearly warranted, Plaintiff does not, at this time, seek monetary damages. Plaintiff merely demands that Court TV be forced to cease its deceptive practices and remedy its past wrongs.

YSCEF DOC. NO. 1                                          RECEIVED NYSCEF: 03/17/202

Dated:  New York, New York
        March 16, 2021

*Andrew Eisbrouch*

Andrew Eisbrouch, Esq.
1261 Broadway, Suite 606,
New York, NY 10001
(646) 512-9555
andrewe@abrams-media.com

*Attorney for Plaintiff LawNewz, Inc.*

13

## VERIFICATION

I, Andrew Eisbrouch, Esq., am the Chief Operating Officer and General Counsel of Plaintiff, LawNewz, Inc., d/b/a Law & Crime, and the named attorney for Plaintiff in this action. LawNewz is a corporation formed under the laws of the state of Delaware. I have read the annexed Complaint, and its factual contents are true to my personal knowledge, except as to matters alleged on information and belief, and to those matters, I believe them to be true.

Dated: New York, New York
        March 16, 2021

*Andrew Eisbrouch*
Andrew Eisbrouch, Esq.
1261 Broadway, Suite 606,
New York, NY 10001
(646) 512-9555
andrewe@abrams-media.com

*Attorney for Plaintiff LawNewz, Inc.*

14

YSCEF DOC. NO. 1                                          RECEIVED NYSCEF: 03/17/202

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

LAWNEWZ, INC., d/b/a Law&Crime Network,                    Index No.:
a Delaware corporation

Plaintiff,

v.

COURT TV MEDIA, LLC, a Georgia limited
Liability company

Defendant

### SUMMONS AND COMPLAINT

*Andrew Eisbrouch*

Andrew Eisbrouch, Esq.
1261 Broadway, Suite 606,
New York, NY 10001
(646) 512-9555
andrewe@abrams-media.com
*Attorney for Plaintiff LawNewz, Inc.*

*Compliance Pursuant to 22NYCRR 130-1.1*
*Pursuant to 22 NYCRR 130-1.1, the undersigned attorney admitted to practice in the courts of*
*New York State, certifies that, upon information and belief and reasonable inquiry, the*
*contentions contained in the annexed document are not frivolous.*

15

YSCEF DOC. NO. 1                                    RECEIVED NYSCEF: 03/17/202

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF** New York
----------------------------------------------------------x
LawNewz, Inc., d/b/a Law & Crime Network

                              Plaintiff/Petitioner,

        - against -                                    Index No.

Court TV Media, LLC

                              Defendant/Respondent.
----------------------------------------------------------x

### NOTICE OF ELECTRONIC FILING
### (Consensual Case)
### (Uniform Rule § 208.4-a)

**You have received this Notice because:**

- The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts e-filing system, and

- You are a Defendant/Respondent (a party) in this case.

**If you are represented by an attorney**: give this Notice to your attorney (Attorneys: see "Information for Attorneys" pg. 2).

**If you are not represented by an attorney:  you are not required to e-file. You may serve and file documents in paper form and you must be served with documents in paper form. However, as a party without an attorney, you may participate in e-filing.**

#### Benefits of E-Filing
You can:

- serve and file your documents electronically

- view your case file on-line

- limit your number of trips to the courthouse

- pay any court fees on-line.

There are no additional fees to file, view, or print your case records.

To sign up for e-filing or for more information about how e-filing works, you may:

- visit: www.nycourts.gov/efile-unrepresented or

- go to the Help Center or Clerk's Office at the court where the case was filed. To find legal information to help you represent yourself visit www.nycourthelp.gov

YSCEF DOC. NO. 1                                    RECEIVED NYSCEF: 03/17/202

**Information for Attorneys**

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile.

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: 3-16-2021

Andrew Eisbrouch                          1261 Broadway Suite 606
**Name**                                      **Address**

                                          New York, New York 10001
**Firm Name**

                                          (646) 512-9555
                                              **Phone**

                                          andrewe@abrams-media.com
                                              **E-Mail**

**To:**   Court TV Media, LLC

        3350 Riverwood Parkway,

        Suite 1900 Atlanta, GA, 30339,

                                                          **7/19/19**

Index #                    Page 2 of 2                    EFCIV-3

**Exhibit A**

https://www.courttv.com/press/court-tv-to-debut-court-tv-instant-replay-as-part-of-unrivaled-harvey-weinstein-rape-trial-coverage/#:~:text=Press-,Court%20TV%20to%20Debut%20Court%20TV%20Instant%20Replay%20as%20Part,Harvey%20Weinstein%20Rape%20Trial%20Coverage&text=NEW%20YORK%20(Jan.&text=As%20the%20Weinstein%20trial%20commences.studios%2C%20adjacent%20to%20the%20courthouse

# Court TV to Debut Court TV Instant Replay as Part of Unrivaled Harvey Weinstein Rape Trial Coverage

January 22, 2020

NEW YORK (Jan. 22, 2020) – Court TV — the only news organization covering the rape trial of movie mogul Harvey Weinstein live as it happens, minute-by-minute and gavel-to-gavel — today will unveil *Court TV Instant Replay*, an unprecedented new feature that will bring everything said in open court of the camera-less trial to viewers immediately.

Seasoned voice talent will read trial transcripts, statements and exchanges verbatim in real time as they happen. That transcript audio will then be synced with highlighted images of the trial participants who are speaking and aired almost instantaneously.

"*Court TV Instant Replay* is our commitment to viewers to quickly turnaround and brings to life the critical moments of the trial," commented Court TV Senior Vice President Scott Tufts. "These innovative presentations will combine with the expertise and reporting of our leading team of legal journalists and behind-the-scenes personnel to give consumers an immersive viewing experience of the Weinstein trial they will not get anywhere else."

As the Weinstein trial commences, Seema Iyer and Vinnie Politan are anchoring live from Court TV's New York studios, adjacent to the courthouse. Iyer, a former NYC prosecutor who went on to represent the NYPD, is breaking down all the happenings of the case with Politan joining her throughout the day as well as hosting his primetime show -- *Closing Arguments with Vinnie Politan* – nightly at 6:00 p.m. ET (Politan is joined tonight by veteran journalist and original Court TV anchor Ashleigh Banfield and nationally well-respected lawyer Ron Kuby.) Court TV legal Correspondent Chanley

YSCEF DOC. NO. 1

RECEIVED NYSCEF: 03/17/202

Painter and Crime and Justice Reporter Julia Jenae are rotating in-and-out of the courtroom to provide constant live trial updates throughout the day.

Courtroom sketches, exclusive interviews with players in the case, and in-depth analysis by the country's brightest attorneys, most experienced investigators and experts also provide legal insight and perspectives into the proceedings. Court TV initial interviews include: Weinstein accusers Hope D'Amore, Heather Kerr, Kadian Nobel, Lauren Sivan and Dominique Huett; Weinstein attorneys Donna Rotunno and Damon Cheronis; Gloria Allred, who represents many of the accusers; defense expert Dr. Elizabeth Loftus and many others as the trial unfolds.

Weinstein faces charges of rape, sexual assault and predatory sexual assault and if convicted could spend the rest of his life in prison. Nearly 90 women in total have accused the entertainment mogul of sexual misconduct dating back decades. The accusations helped spark prominent recognition and rise of the #MeToo movement, in which hundreds of women have publicly accused powerful men in business, politics, the news media and entertainment of sexual harassment and abuse.

Court TV helped lead the charge for media access in the courtroom for the Weinstein trial, which was denied.

**About Court TV:**

Court TV is devoted to live, gavel-to-gavel coverage, in-depth legal reporting and expert analysis of the nation's most important and compelling trials. It is a multi-platform network, available to be seen on cable, over-the-air and over-the-top. Court TV is also live streamed on CourtTV.com as well as the Court TV app for Roku®, Apple TV, Amazon Fire TV and Android and Apple devices.All feature robust and exclusive content from the massive Court TV library, including the nation's most compelling, high-profile cases over the past 20 years available on demand.

Court TV is part of Katz Networks, targeted, demo-specific brands leading a new generation of fast-growing, multi-platform networks that super serve consumers with diverse and entertaining programming available to be seen everywhere, on over-the-air, cable, satellite television, via over-the-top services, on mobile devices and on the web. Katz Networks is part of The E.W. Scripps Company (NASDAQ: SSP).



**COURT TV**        STREAM LIVE NOW    NEWS   RECENT COVERAGE   ORIGINALS   TRIALS   FIND US   COURT TV UK

## Court TV to Premiere New Original True-Crime Series Judgment With Ashleigh Banfield in September

**September 29, 2020**

ATLANTA (Aug. 11, 2020) – **Court TV**, the only multi-platform network devoted to live, gavel-to-gavel coverage, in-depth legal reporting and expert analysis of the nation's most important and compelling trials, announced today a new original true-crime series hosted by **Ashleigh Banfield**, the addition of **Michael Ayala** to the Court TV anchor team, and a binge-viewing marathon of the network's complete *OJ25* docuseries in Oct.

Court TV's announcements during the 2020 summer press tour:

- *Judgment With Ashleigh Banfield*, an all-new original series hosted by original Court TV alum and respected former CNN and MSNBC legal analyst Banfield, who made her Court TV return as a special contributor earlier this year. *Judgment With Ashleigh Banfield* will be a weekly hour-long series taking viewers on a deep dive into the most provocative and talked about trials and cases of all-time. With brand new interviews and exclusive first-time ever reveals, each installment will look to further explore everything people only thought they knew about these touchstones in judicial history. Initial cases featured include those involving Casey Anthony, Jodie Arias, O.J. Simpson, Conrad Murray and others. *Judgment With Ashleigh Banfield* will be seen Sunday Nights at 8:00 p.m. (ET) with the series premiere set for Sept. 13.

  "It is wonderful being back on Court TV and I'm very excited about *Judgment*. We have the luxury of having access to the vast Court TV library of more than a thousand trials, which allows us to share and re-visit the most intriguing and legally-fascinating cases in modern-day history. There are literally hundreds of compelling stories to tell – and we plan on telling them."

  – *Ashleigh Banfield*

  Court TV is available to be seen on cable, over-the-air and over-the-top. Court TV is also live-streamed on CourtTV.com, YouTube TV, SiriusXM as well as the Court TV app for Roku®, Apple TV, Amazon Fire TV and Android and Apple devices. All feature robust and exclusive content from the massive Court TV library, including the nation's most compelling, high-profile cases over the past 20 years available on demand. Court TV is part of Katz Networks, a division of The E.W. Scripps Company (NASDAQ: SSP).

Tags: series, show, true-crime

Home                Contact
About Us             Terms & Conditions
News                Court TV Mystery
Press               Court TV UK

**COURT TV**

Sign up for our newsletter

YSCEF DOC. NO. 1                                    RECEIVED NYSCEF: 03/17/202

Exhibit C



## Michael Ayala Joins Court TV Anchor Team

September 29, 2020

ATLANTA (Aug. 11, 2020) – **Court TV**, the only multi-platform network devoted to live, gavel-to-gavel coverage, in-depth legal reporting and expert analysis of the nation's most important and compelling trials, announced today a new original true-crime series hosted by **Ashleigh Banfield**, the addition of **Michael Ayala** to the Court TV anchor team, and a binge-viewing marathon of the network's complete *OJ25* docuseries in Oct.

- Michael Ayala, a popular face on the original Court TV, will be joining the network once again teaming with Vinnie Politan, Julie Grant and Ted Rowlands on the network's anchor desk. An attorney and EMMY®-Award winner, Ayala has over 20 years of experience in-front of the camera. He previously was an anchor, reporter, writer and researcher for the original Court TV where he covered and reported on the cases involving O.J. Simpson, Scott Peterson, the Menendez Brothers, Bill Cosby and Dr. Jack Kevorkian. Ayala, who also anchored for CBS in Chicago, will make his return debut on Court TV on August 24 and will anchor weekdays 3:00 – 6:00 pm (ET).

    "Michael arrives with a wealth of trial coverage experience and hits the ground running given his history with Court TV. We are thrilled to have him back and we think viewers will be as well."

    – *Scott Tufts, Court TV Senior Vice President*

Tags: Michael Ayala, reporter

YSCEF DOC. NO. 1                                    RECEIVED NYSCEF: 03/17/202



**Marathon of Complete OJ25 Docuseries Set for Oct. 3-4 To Correspond With 25th Anniversary of Simpson Murder Trial Verdict**

September 29, 2020

ATLANTA (Aug. 11, 2020) – **Court TV**, the only multi-platform network devoted to live, gavel-to-gavel coverage, in-depth legal reporting and expert analysis of the nation's most important and compelling trials, announced today a new original true-crime series hosted by **Ashleigh Banfield**, the addition of **Michael Ayala** to the Court TV anchor team, and a binge-viewing marathon of the network's complete *OJ25* docuseries in Oct.

- O.J. Simpson was found not guilty of double murder on October 3, 1995. 25 years later, Court TV will present a marathon of *OJ25*, the network's acclaimed, 25-episode original true-crime docuseries looking back at the world-famous case. *OJ25* gives viewers a front row seat in the Simpson jury box, to relive the trial or discover it for the first time. Utilizing Court TV's extensive library featuring every minute of the double murder trial, *OJ25* encapsulates the courtroom action in the chronological order in which it took place 25 years ago in Los Angeles. Court TV's OJ25 Marathon will air Oct. 3-4. The series is hosted by renowned long-time former Los Angeles prosecutor and respected legal analyst Roger Cossack.

Court TV is available to be seen on cable, over-the-air and over-the-top. Court TV is also live-streamed on CourtTV.com, YouTube TV, SiriusXM as well as the Court TV app for Roku®, Apple TV, Amazon Fire TV and Android and Apple devices. All feature robust and exclusive content from the massive Court TV library, including the nation's most compelling, high-profile cases over the past 20 years available on demand. Court TV is part of Katz Networks, a division of The E.W. Scripps Company (NASDAQ: SSP).

Tags: O.J. Simpson, OJ, OJ25, Roger Cossack, Simpson

**CISION**
PR Newswire

# Exhibit D

## Court TV To World Premiere New Original Special 'Hollywood Predator: The Trial Of Harvey Weinstein' Sunday, November 8th At 7:00 P.M. (ET)

NEWS PROVIDED BY
Court TV →
Nov 05, 2020, 13:14 ET

SHARE THIS ARTICLE


ATLANTA, Nov. 5, 2020 /PRNewswire/-- **Court TV**, the only multi-platform network devoted to live, gavel-to-gavel coverage, in-depth legal reporting and expert analysis of the nation's most important and compelling trials, today announced *Hollywood Predator: The Trial of Harvey Weinstein*, a brand-new, one-hour original special premiering on Sunday, November 8th at 7:00 p.m. ET.

Court TV was the only news organization covering the rape trial of Weinstein live as it happened and gavel-to-gavel. *Hollywood Predator: The Trial of Harvey Weinstein* is a deep dive into the fall of the movie mogul, giving viewers a chance to uncover exactly what happened in the New York courthouse that served as the stage for a trial many never thought possible.

Through testimonials, in-depth interviews, celebrity voices and striking media coverage, *Hollywood Predator: The Trial of Harvey Weinstein* will also spotlight the courageous women who decided to tell their powerful stories. The hour-long special will also explore how this pivotal time led to the #MeToo Movement rising to prominence as a phoenix from the ashes of Weinstein's once-legendary career.

Court TV is available to be seen on cable, over-the-air and over-the-top. Court TV is also live-streamed on CourtTV.com, YouTube TV, SiriusXM as well as the Court TV app for Roku®, Apple TV, Amazon Fire TV and Android and Apple devices. All feature robust and exclusive content from the massive Court TV library, including the nation's most compelling, high-profile cases over the past 20 years available on demand. Court TV is part of Katz Networks, a division of The E.W. Scripps Company (NASDAQ: SSP).



**Contact:**   Jim Weiss      770-672-6504        jim.weiss@scrippstv.com

SOURCE Court TV

## Also from this source

**Court TV's Coverage Of The Death Of George Floyd Murder Trial...**

**Court TV Announces Original News Special On The Life And Death Of ...**

## Explore

More news releases in similar topics

Entertainment

Television



YSCEF DOC. NO. 1    RECEIVED NYSCEF: 03/17/202

Exhibit E

 **AP**    **Court TV's Coverage Of The Death Of Geor...**    Top Stories    Topics ⌄    Video    Listen    🔍 

Court TV's Coverage Of The Death Of George Floyd Murder Trial Begins

ADVERTISEMENT

*Press release content from PR Newswire. The AP news staff was not involved in its creation.*

  

 Click to copy

**RELATED TOPICS**

Homicide

Television

North America

Vinnie Politan

PR Newswire

Trials

Law and order

Minnesota

Death of George Floyd

Crime

Minneapolis

Media

Racial injustice

Legal proceedings

Violent crime

United States

**PRESS RELEASE: Paid content from PR Newswire**

*Press release content from PR Newswire. The AP news staff was not involved in its creation.*

# Court TV's Coverage Of The Death Of George Floyd Murder Trial Begins

March 9, 2021

ADVERTISEMENT



## Court TV's Coverage Of The Death Of Geor...        Top Stories   Topics   Video   Listen

MINNEAPOLIS, March 9, 2021
/PRNewswire/ -- Court TV, the only
multi-platform network devoted to live,
gavel-to-gavel coverage, in-depth legal
reporting and expert analysis of the
nation's most important and compelling
trials, has begun its extensive coverage
of the murder trial around the death of
George Floyd with jury selection
underway. Court TV will be the only
network in the world to cover the
proceedings live and in their entirety.

Forty-six-year-old African American
George Floyd was killed on May 25,
2020, in Minneapolis while being
arrested for allegedly using a counterfeit
bill. Footage showing Minneapolis police
officer, Derek Chauvin, kneeling on
Floyd's neck while three police
colleagues looked on, went viral on
social media and sparked a global
movement protesting against police
brutality and racism. The four officers
will be tried in the case, with Chauvin
being tried separately and facing murder
charges in the first of the trials. The
three other officers are charged with
aiding and abetting murder.

Slender Man attacker says she has
reached treatment limits

Duke pulls out of ACC Tournament, NCAA
tourney streak ends

by Taboola

ADVERTISEMENT

ADVERTISEMENT

"The death of George Floyd was a
watershed moment in our country,"
commented Scott Tufts, Court TV
Senior Vice President. "Given the
cultural impact it had from the
beginning, this trial is one that needs
full transparency, and we are pleased
that Hennepin County court officials
share that view. Our team has been
working with them for months to ensure

Court TV's Coverage Of The Death Of George Floyd Murder Trial Begins

## Court TV's Coverage Of The Death Of Geor...      Top Stories    Topics    Video    Listen

courtroom and that all viewers would have full access to the proceedings."

Court TV's on-air team of anchors, legal correspondents and veteran journalists - Anchors Vinnie Politan, Julie Grant, Ted Rowlands and Michael Ayala, with additional on-the-ground reporting from legal correspondents Julia Jenaé and Chanley Painter - will lead the analysis of the Chauvin trial. Court TV's extensive coverage will include new virtual recreations, and insights and discussions from seasoned attorneys, investigators and forensic experts.

Court TV is available to be seen on cable, over-the-air, and over-the-top. Court TV is also live-streamed on CourtTV.com, YouTube TV, Pluto TV, SiriusXM, as well as the Court TV app for Roku®, Apple TV, Amazon Fire TV, and Android and Apple devices. All feature robust and exclusive content from the massive Court TV library, including the nation's most compelling, high-profile cases over the past 20 years available on demand. Court TV is part of The E.W. Scripps Company (NASDAQ: SSP).

Contact: Jim Weiss 770-672-6504
Jim.weiss@scrippstv.com

View original content to download multimedia:
http://www.prnewswire.com/news-releases/court-tvs-coverage-of-the-death-of-george-floyd-murder-trial-begins-301243850.html

SOURCE Court TV

## Ad Content

**Kate & Meghan Are Very Different...**
Promoted: Post Fun

**Chrissy Metz Shows Off**

Court TV's Coverage Of The Death Of George Floyd Murder Trial Begins

RECEIVED NYSCEF: 03/17/202

**Court TV's Coverage Of The Death Of Geor...**          Top Stories    Topics    Video    Listen

Cancelled TV
Shows For 2021
Announced: Th...

Promoted:
BleacherBreaker

Gwen Stefani, 51,
Takes off
Makeup, Leaves...

Promoted: Life Indigo

## Ad Content

After Céline Dion's Major Weight Loss,
She Confirms What We Suspected All
Along

This Is What Olympic Medalist McKayla
Maroney Looks Like Now

Promoted: Sportinal

Florida: Say Bye To Expensive Solar
Panels If You Own A Home In West
Palm Beach

Beth Moore,
famed Bible...

NASHVILLE,
Tenn. (RNS) — F...

March 10, 2021

ADVERTISEMENT

 

Click to copy

AP NEWS

DOWNLOAD AP NEWS

MORE FROM AP

FOLLOW AP

HOME    MAR    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    MORE

**yahoo/entertainment**                                            ( Sign in )      Mail

Entertainment    Paley    The It List    TV    Movies    Celebrity    Music    Shopping    Videos

THE OFFICIAL FANTASY GAME OF MLB                    yahoo! fantasy
                                                    Sign up now

PRNewswire

# Court TV's Coverage Of The Death Of George Floyd Murder Trial Begins

f                Tue, March 9, 2021, 3:01 PM · 2 min read

𝕏

✉

## Court TV's Coverage Of The Death Of George Floyd Murder Trial Begins

PR Newswire

MINNEAPOLIS, March 9, 2021

MINNEAPOLIS, March 9, 2021 /PRNewswire/ -- Court TV, the only multi-platform network devoted to live, gavel-to-gavel coverage, in-depth legal reporting and expert analysis of the nation's most important and compelling trials, has begun its extensive coverage of the murder trial around the death of George Floyd with jury selection underway. Court TV will be the only network in the world to cover the proceedings live and in their entirety.



12,387              [ Add to Cart ]

### TRENDING

**Naomi Judd gives update on Ashley Judd and reveals plans to take her stitches out personally**
Yahoo TV · 1 min read


**Geraldo apologizes after backing out of possible Senate run: 'Our dreams got ahead of our plan**
Yahoo TV · 2 min read


YSCEF DOC. NO. 1                                                    RECEIVED NYSCEF: 03/17/202

Court TV's Coverage Of The Death Of George Floyd Murder Trial Begins

**yahoo/entertainment**                                     ( Sign in )          Mail

Entertainment      Paley      The It List      TV      Movies      Celebrity      Music      Shopping      Videos

speaks out after husband and
nephew are injured in car crash
Yahoo Celebrity · 2 min read

**Kristen Johnston opens up about
past 'abusive relationship' with
drugs, says she spent millions on
painkillers**
Yahoo Celebrity · 5 min read

Chauvin, kneeling on Floyd's neck while three police colleagues looked on, went viral on social media and sparked a global movement protesting against police brutality and racism. The four officers will be tried in the case, with Chauvin being tried separately and facing murder charges in the first of the trials. The three other officers are charged with aiding and abetting murder.

"The death of George Floyd was a watershed moment in our country," commented Scott Tufts, Court TV Senior Vice President. "Given the cultural impact it had from the beginning, this trial is one that needs full transparency, and we are pleased that Hennepin County court officials share that view. Our team has been working with them for months to ensure that cameras would be allowed in the courtroom and that all viewers would have full access to the proceedings."

Court TV's on-air team of anchors, legal correspondents and veteran journalists - Anchors Vinnie Politan, Julie Grant, Ted Rowlands and Michael Ayala, with additional on-the-ground reporting from legal correspondents Julia Jenaé and Chanley Painter - will lead the analysis of the Chauvin trial. Court TV's extensive coverage will include new virtual recreations, and insights and

( **Story continues** )

Our goal is to create a safe and engaging place for users to connect over interests and passions. In order to improve our community experience, we are temporarily suspending article commenting.

YSCEF DOC. NO. 1                                                    RECEIVED NYSCEF: 03/17/202

Exhibit G

# Court TV's Coverage Of The Death Of George Floyd Murder Trial Begins

NEWS PROVIDED BY
**Court TV →**
Mar 09, 2021, 15:01 ET

MINNEAPOLIS, March 9, 2021 /PRNewswire/ -- Court TV, the only multi-platform network devoted to live, gavel-to-gavel coverage, in-depth legal reporting and expert analysis of the nation's most important and compelling trials, has begun its extensive coverage of the murder trial around the death of George Floyd with jury selection underway. Court TV will be the only network in the world to cover the proceedings live and in their entirety.



(PRNewsfoto/Court TV)

Forty-six-year-old African American George Floyd was killed on May 25, 2020, in Minneapolis while being arrested for allegedly using a counterfeit bill. Footage showing Minneapolis police officer, Derek Chauvin, kneeling on Floyd's neck while three police colleagues looked on, went viral on social media and sparked a global movement protesting against police brutality and racism. The four officers will be tried in the case, with Chauvin being tried separately and facing murder charges in the first of the trials. The three other officers are charged with aiding and abetting murder.

"The death of George Floyd was a watershed moment in our country," commented Scott Tufts, Court TV Senior Vice President. "Given the cultural impact it had from the beginning, this trial is one that needs full transparency, and we are pleased that Hennepin County court officials share that view. Our team has been working with them for months to ensure that cameras would be allowed in the courtroom and that all viewers would have full access to the proceedings."

Court TV's on-air team of anchors, legal correspondents and veteran journalists - Anchors Vinnie Politan, Julie Grant, Ted Rowlands and Michael Ayala, with additional on-the-ground reporting from legal correspondents Julia Jenaé and Chanley Painter - will lead the analysis of the Chauvin trial. Court TV's extensive coverage will include new virtual recreations, and insights and discussions from seasoned attorneys, investigators and forensic experts.

Court TV is available to be seen on cable, over-the-air, and over-the-top. Court TV is also live-streamed on CourtTV.com, YouTube TV, Pluto TV, SiriusXM, as well as the Court TV app for Roku®, Apple TV, Amazon Fire TV, and Android and Apple devices. All feature robust and exclusive content from the massive Court TV library, including the nation's most compelling, high-profile cases over the past 20 years available on demand. Court TV is part of The E.W. Scripps Company (NASDAQ: SSP).

**Contact:**   Jim Weiss   770-672-6504   Jim.weiss@scrippstv.com

SOURCE Court TV