# Ballard Spahr
LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

May 20, 2020

*By Electronic Filing and U.S. Mail*

Hon. Paul A. Crotty
United States Courthouse
500 Pearl Street, Chambers 1350
New York, New York 10007

Re:   *Lawnewz, Inc. v. Court TV Media, LLC*, No. 21 Civ. 3441 (PAC)

[Handwritten annotation: 5/24/2021 — The matter is adjourned to June 30, 2021 at 11 am. So ordered. Paul A. Crotty USDJ]

Dear Judge Crotty:

We represent Defendant Court TV Media, LLC ("Defendant") in this matter. With the consent of counsel for Plaintiff Lawnewz, Inc., we write on behalf of all parties pursuant to Rule 1(E) of this Court's Individual Practices to request that the initial pretrial conference in this matter, currently scheduled for May 26, 2021 at 11:00 am, be adjourned to allow the parties to continue discussions about a potential resolution. This is the parties' first request for an adjournment of this conference and the requested adjournment does not affect any other scheduled dates. The parties have conferred and would respectfully propose that the conference be adjourned to June 28, June 29, or June 30.

Respectfully submitted,

*Thomas B. Sullivan*

Thomas B. Sullivan

cc:   Andrew Eisbrouch, Esq., counsel for Plaintiff (via email)